# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-12218-ELF

DEBORAH E RAY

1507 MOORE ST

BRISTOL, PA 19007-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DEBORAH E RAY

    1507 MOORE ST

    BRISTOL, PA 19007-

Counsel for debtor(s), by electronic notice only.

    SERGEY JOSEPH LITVAK
    LITVAK LEGAL GROUP PLLC
    7 ROBERT DR
    WEST WINDSOR, NJ 08550-

Date: 2/20/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee