# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DEBORAH E RAY            :        CHAPTER 13

                                :

Debtor            :        BKY. NO. 19-12218-elf

## PRAECIPE TO WITHDRAW DOCKET ENTRY NO. 61

TO THE COURT:

Please withdraw Response to Motion for Relief from Stay, Docket entry No. 61.

Date:   3/15/2020                              /s/ Sergey Joseph Litvak
                                           Sergey Joseph Litvak, Esq.

                                           Litvak Legal Group, PLLC.
                                           3070 Bristol Pike
                                           Building One, Suite 204
                                           Bensalem, PA 19020
                                           (215) 515.7113
                                           joelitvakesq@gmail.com