**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-12218** |
| **Deborah E Ray** : | **Chapter 13** |
| : | **Judge Eric L. Frank** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * |
| : | |
| **Wells Fargo Bank, N.A.** : | **Date and Time of Hearing** |
| **Movant,** : | **Place of Hearing** |
| **vs** : | **February 11, 2020 at 09:30 a.m.** |
| : | |
| **Deborah E Ray** : | **U.S. Bankruptcy Court** |
| : | **900 Market Street, Courtroom #1** |
| **WILLIAM C. MILLER, Esq.** : | **Philadelphia, PA, 19107** |
| **Respondents.** : | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT WELLS
FARGO BANK, N.A. TO FORECLOSE ON 1507 MOORE ST #103, BRISTOL, PA 19007
(DOCUMENT NO. 56)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on January 23, 2020 at Document No. 56 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 7, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

19-021351_EJS1

Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-021351_EJS1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-12218** |
| **Deborah E Ray** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **February 11, 2020 at 09:30 a.m.** |
| | : | |
| **Deborah E Ray** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Courtroom #1** |
| **WILLIAM C. MILLER, Esq.** | : | **Philadelphia, PA, 19107** |
| **Respondents.** | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Certification of No Objection Regarding Motion for Relief from the Automatic Stay with 30 day waiver with the Court to permit Wells Fargo Bank, N.A. to foreclose on 1507 Moore St #103, Bristol, PA 19007 was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

WILLIAM C. MILLER, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105

SERGEY JOSEPH LITVAK, Attorney for Deborah E Ray, Litvak Legal Group, PLLC, 7 Robert Dr., West Windsor, NJ  08550, joelitvakesq@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 16, 2020:

Deborah E Ray, 1507 Moore St., Bristol, PA  19007

Deborah E Ray, 1507 Moore St #103, Bristol, PA 19007

DATE:  March 16, 2020                                   /s/ Karina Velter
                                                                            Karina Velter, Esquire (94781)

19-021351_EJS1

Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-021351_EJS1