# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-12218** |
| **Deborah E Ray** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A.** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| vs | : | **February 11, 2020 at 09:30 a.m.** |
| | : | |
| **Deborah E Ray** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Courtroom #1** |
| **WILLIAM C. MILLER, Esq.** | : | **Philadelphia, PA, 19107** |
| Respondents. | : | |

## ORDER OF COURT

AND NOW, this __19th__ day of __March__, 20__20__, upon consideration of the Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, N.A. ("Creditor"), and the response thereto having been withdrawn, it is hereby **ORDERED,** that the Motion is **GRANTED** and that the automatic stay is terminated as it affects the interest of Wells Fargo Bank, N.A. in and to the Real Property of Debtor located at 1507 Moore St #103, Bristol, PA 19007 and more particularly described in the Mortgage, recorded December 28, 2010, at Instrument Number 2010095320.

Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**