United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-12218-elf
Deborah E Ray                                                           Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Mar 19, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2020.
db              +Deborah E Ray,    1507 Moore St.,    Bristol, PA 19007-1875

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2020 at the address(es) listed below:
          KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
          KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          SERGEY JOSEPH LITVAK    on behalf of Debtor Deborah E Ray joelitvakesq@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                         TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 19-12218 |
| **Deborah E Ray** | : | Chapter 13 |
| | : | Judge Eric L. Frank |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A.** | : | Date and Time of Hearing |
| **Movant,** | : | Place of Hearing |
| vs | : | February 11, 2020 at 09:30 a.m. |
| | : | |
| **Deborah E Ray** | : | U.S. Bankruptcy Court |
| | : | 900 Market Street, Courtroom #1 |
| **WILLIAM C. MILLER, Esq.** | : | Philadelphia, PA, 19107 |
| **Respondents.** | : | |

## ORDER OF COURT

AND NOW, this __19th__ day of __March__, 20__20__, upon consideration of the Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, N.A. ("Creditor"), and the response thereto having been withdrawn, it is hereby **ORDERED,** that the Motion is **GRANTED** and that the automatic stay is terminated as it affects the interest of Wells Fargo Bank, N.A. in and to the Real Property of Debtor located at 1507 Moore St #103, Bristol, PA 19007 and more particularly described in the Mortgage, recorded December 28, 2010, at Instrument Number 2010095320.

Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**