United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Deborah E Ray  
    Debtor

Case No. 19-12218-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 2     Date Rcvd: Mar 25, 2020  
                Form ID: pdf900     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2020.

```
db            +Deborah E Ray,    1507 Moore St.,    Bristol, PA 19007-1875
14303273       American Express,    P.O. Box 650448,    Dallas, TX 75265-0448
14313634       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14303274      +Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
14312835      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14303275       Bill Me Later, Inc,    PO Box 538,    Lutherville Timonium, MD 21094
14303277     ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,    ONE CITIZENS BANK WAY,    JCA115,
                 JOHNSTON RI 02919-1922
               (address filed with court:  Citizens Bank,   ROP 450,   P.O. Box 7000,   Providence, RI 02940)
14304555     ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,    ONE CITIZENS BANK WAY,    JCA115,
                 JOHNSTON RI 02919-1922
               (address filed with court:  Citizens Bank N.A.,   One Citizens Bank Way Mailstop JCA115,
                 Johnston, RI 02919)
14303278       Discover,    P.O. Box 742655,    Cincinnati, OH 45274-2655
14303284      +Toyota Financial Services,    125 Main Street,    Dallas, TX 75208
14325293      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14443659      +Toyota Motor Credit Corporation,    c/o Kevin G. McDonald, Esq.,    KML Law Group P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14303285      +Well Fargo Home Mortgage,    PO Box 14411,    Des Moines, IA 50306-3411
14338965       Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
                 1000 Blue Gentian Road,    Eagan MN 55121-7700
14338507       Wells Fargo Bank, N.A.,    c/o Karina Velter, Esq.,    Manley Deas Kochalski LLC,
                 P.O. Box 165028,    Columbus, OH 43216-5028
14303286      +Zwicker and Associates, P.C.,    PO Box 9013,    Andover, MA 01810-0913
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: megan.harper@phila.gov Mar 26 2020 03:26:38     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 26 2020 03:26:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 26 2020 03:26:31     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
14303277       E-mail/Text: Bankruptcy.RI@Citizensbank.com Mar 26 2020 03:26:07     Citizens Bank,   ROP 450,
                 P.O. Box 7000,    Providence, RI 02940
14304555       E-mail/Text: Bankruptcy.RI@Citizensbank.com Mar 26 2020 03:26:07     Citizens Bank N.A.,
                 One Citizens Bank Way Mailstop JCA115,    Johnston, RI 02919
14303276       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 26 2020 03:35:16      Capital One,
                 PO Box 6492,    Carol Stream, IL 60197-6492
14324871      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 26 2020 03:35:46
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14328112       E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 26 2020 03:26:10     IRS,   PO BOX 7317,
                 Philadelphia PA 19101-7317
14434167       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 26 2020 03:33:10     LVNV Funding LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC   29603-0587
14303280       E-mail/Text: NCI_bankonotify@ncirm.com Mar 26 2020 03:26:06     NationWide Credit, Inc,
                 Po Box 14581,    Des Moines, IA 50306-3581
14303281      +E-mail/Text: recovery@paypal.com Mar 26 2020 03:25:36     Paypal,    2211 North First Street,
                 San Jose, CA 95131-2021
14333991      +E-mail/Text: bncmail@w-legal.com Mar 26 2020 03:26:28     SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14303282      +E-mail/Text: compliance@sentrycredit.com Mar 26 2020 03:26:47     Sentry Credit, Inc,
                 2809 Grand Ave.,    Everett, WA 98201-3417
14303283       E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 03:32:59     Synchrony Bank,   PO Box 960061,
                 Orlando, FL 32896-0061
                                                                                              TOTAL: 14
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            LVNV Funding LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC   29603-0587
14328111*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:  IRS,    PO Box 219236,   Stop p-4 5050,   Kansas City, MO 64121-9236)
14328114*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:  IRS,    PO Box 219236,   Stop p-4 5050,   Kansas City, MO 64121-9236)
14303279*      IRS,    PO BOX 7346,    Philadelphia PA 19101-7346
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: Virginia              Page 2 of 2                  Date Rcvd: Mar 25, 2020
                               Form ID: pdf900             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2020 at the address(es) listed below:

```
          KARINA   VELTER     on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
          KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          SERGEY JOSEPH LITVAK    on behalf of Debtor Deborah E Ray joelitvakesq@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                    TOTAL: 6
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DEBORAH E RAY | Chapter 13 |
| Debtor | Bankruptcy No. 19-12218-ELF |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: March 25, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
SERGEY JOSEPH LITVAK
LITVAK LEGAL GROUP PLLC
7 ROBERT DR
WEST WINDSOR, NJ 08550-

Debtor:
DEBORAH E RAY

1507 MOORE ST

BRISTOL, PA 19007-